```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 17290
  ZAYA KHAYA
                                            CHAPTER 13

                                            JUDGE: MANUEL BARBOSA

              Debtor
  SSN XXX-XX-7800


------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 09/21/07 and confirmed on 01/30/08.

   2.  The case was dismissed after confirmation, 11/06/2008.

   3.  The Debtor paid a total of $   6061.00 .

   4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| EMC MORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| EMC MORTGAGE | MORTGAGE ARRE | 2785.41 | .00 | 2785.41 |
| AMERICAN EAGLE BANK | SECURED VEHIC | .00 | .00 | .00 |
| KANE COUNTY TREASURER | SECURED | 1939.12 | .00 | .00 |
| GINA GIANNINI-CAMP | CHILD SUPPORT | 17816.06 | .00 | .00 |
| GINA GIANNINI-CAMP | CHILD SUPPORT | NOT FILED | .00 | .00 |
| GMAC PAYMENT CENTER | UNSECURED | 24734.23 | .00 | .00 |
| BECKET & LEE LLP | UNSECURED | 2161.30 | .00 | .00 |
| TONI LEVINE MD | UNSECURED | NOT FILED | .00 | .00 |
| AT&T MOBILITY LLC | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 1879.35 | .00 | .00 |
| B REAL LLC | UNSECURED | 1020.94 | .00 | .00 |
| CARPENTERSVILLE FIRE DEP | UNSECURED | NOT FILED | .00 | .00 |
| B REAL LLC | UNSECURED | 16102.70 | .00 | .00 |
| DELL FINANCIAL SERVICES | UNSECURED | 2921.33 | .00 | .00 |
| SPECIALISTS IN GASTROENT | UNSECURED | NOT FILED | .00 | .00 |
| GMAC PAYMENT CENTER | UNSECURED | 16416.34 | .00 | .00 |
| HOME DEPOT CREDIT SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1878.35 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 165.25 | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| NORTHWEST IMAGING ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| QUEST DIAGNOSTICS | UNSECURED | NOT FILED | .00 | .00 |
| TRUGREEN CHEM LAWN | UNSECURED | NOT FILED | .00 | .00 |
| US CELLULAR | UNSECURED | NOT FILED | .00 | .00 |
| WEILER & LENGLE PC | UNSECURED | 1811.53 | .00 | .00 |
| WELLS FARGO FINANCIAL | SECURED | 2400.00 | 111.51 | 1318.43 |
| ASSET ACCEPTANCE CORP | UNSECURED | 205.29 | .00 | .00 |

Summary of disbursements:

```
                        SECURED      PRIORITY    UNSECURED        OTHER        TOTAL
```
---

|                       | SECURED  | PRIORITY | UNSECURED | OTHER | TOTAL    |
|-----------------------|----------|----------|-----------|-------|----------|
| TOTAL CLMS ALLOWED    | 7124.53  | 17816.06 | 69296.61  | .00   | 94237.20 |
| PRINCIPAL PAID        | 4103.84  | .00      | .00       | .00   | 4103.84  |
| INTEREST PAID         | 111.51   | .00      | .00       | .00   | 111.51   |
| TOTAL PAID            | 4215.35  | .00      | .00       | .00   | 4215.35  |

The Debtor's attorney, COSTELLO & COSTELLO                 , was allowed $   3500.00
and was paid $   2000.00   direct and $   1500.00   through the plan.

The Trustee received $     345.65 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 03/12/09                /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE